IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ARLIS KENTRICK WILSON,                 )<br>                                        )<br>     Plaintiff,                        )<br>                                        )<br>     v.                                 )<br>                                        )<br>CHRISTOPHER GORDY, Warden,              )<br>and STEVEN T. MARSHALL,                 )<br>the Attorney General of                 )<br>the State of Alabama,                   )<br>                                        )<br>     Defendants.                        ) | CIVIL ACTION NO.<br>2:17cv559-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be dismissed without prejudice to allow him an opportunity to exhaust available state-court remedies. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2017.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**