IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ARLIS KENTRICK WILSON,        )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )          2:17cv559-MHT
                              )              (WO)
CHRISTOPHER GORDY, Warden,    )
and STEVEN T. MARSHALL,       )
the Attorney General of       )
the State of Alabama,         )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 11) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of November, 2017.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE